No. 78–6172. CAIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6189. TROWERY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–6207. BRIGGS v. SMITH, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 78–6215. MANNING v. SOLOMON, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–6224. HENDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6249. DOERSCHLAG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–6261. BROWN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–6263. PESCE, AKA PIERCE v. UNITED STATES; and
No. 78–6272. CORCIONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 592 F. 2d 111.

No. 78–6265. JOHNSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–6266. ALLSBERRY v. WILKINSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 78–6270. PAULSEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–6280. MAESTAS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–6284. WHEAT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.